PHILLIP A. TALBERT
Acting United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDALL PARKER, <br><br> Defendant. | CASE NO. 2:16-CR-00064 MCE <br><br> STIPULATION AND ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> DATE: August 4, 2016 <br> TIME: 10:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

On June 16, 2016, the Honorable Kenneth J. Melikian, an El Dorado County Superior Court Judge, signed a Writ of Habeas Corpus Ad Prosequendum, attached Hereto as Exhibit A, requesting that the body of the above-named defendant be produced in El Dorado County Superior Court for proceedings in the case of People v. Randall Parker, No. P16CRF0198. Pursuant to that Writ, the defendant is to be transferred to state custody so that he may appear for arraignment and initiation of his state-court charges of (i) possession of a firearm by a felon, (ii) possession of ammunition by a felon, and (iii) possession of a controlled substance.[1]

Plaintiff United States of America, by and through its attorney of record, Owen Roth, and the defendant, Randall Parker, both individually and by and through his attorney of record, Timothy Zindell, hereby stipulate that they do not oppose execution of the Writ entered by Judge Melikian. The parties

---

[1] The defendant's personal appearance in the Superior Court is necessary to commence proceeding with his state-court case.

STIPULATION AND ORDER                                            1

agree and stipulate that the status conference previously calendared for August 4, 2016 in the defendant's federal proceeding may be vacated.  All parties agree and stipulate that the officers of the El Dorado County Sheriff's Department may take custody of and produce the defendant in state court to face his state charges.

     Pursuant to the Writ, the El Dorado County Sheriff's Department shall return the defendant to federal custody upon the conclusion of the defendant's state proceedings.

Dated:  June 20, 2016	PHILLIP A. TALBERT
	Acting United States Attorney

	By: /s/ Owen Roth
	OWEN ROTH
	Assistant United States Attorney

Dated:  June 20, 2016	By: /s/ Timothy Zindell
	TIMOTHY ZINDELL
	Counsel for Defendant
	RANDALL PARKER

## ORDER

     The parties shall file a notice to the court within twenty (20) days after the defendant is returned to federal custody so that a further status conference may be scheduled.

     IT IS SO ORDERED.

Dated:  June 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE